IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVAN RAJKOVIC,

        Plaintiff,

vs

THE UNIVERSITY OF MICHIGAN,

        Defendant.

_____/

Case No.: 22-cv-11007

Hon. Denise Page Hood

| | |
|---|---|
| COUZENS, LANSKY, FEALK, ELLIS ROEDER & LAZAR, P.C.<br>By: David A. Lawrence P48630<br>     Prerana R. Bacon P69680<br>Attorneys for Plaintiff<br>39395 W. Twelve Mile Rd., Suite 200<br>Farmington Hills, MI 48331<br>(248) 489-8600<br>david.lawrence@couzens.com<br>prerana.bacon@couzens.com | UNIVERSITY OF MICHIGAN<br>Office of the Vice President & General Counsel<br>David J. Masson P37094<br>Attorney for Defendant<br>1109 Geddes Avenue, Suite 2300<br>Ann Arbor, MI 48109<br>(734) 764-0304<br>dmasson@umich.edu |

_____/

## STIPULATED ORDER TO DISMISS WITHOUT PREJUDICE

At a session of said Court held in the United States District Court-
Eastern District of Michigan on

_____
December 20, 2022
PRESENT: HONORABLE Denise Page Hood
United States District Court Judge

IT IS HEREBY STIPULATED by and between the parties hereto that this

matter be dismissed with prejudice and without costs or fees to either party.

IT IS ORDERED that this matter is dismissed with prejudice but without costs or attorney fees paid to either party.

                                          s/Denise Page Hood
                                          DENISE PAGE HOOD
                                          United States District Judge

STIPULATED AND AGREED TO:

/s/ *David A. Lawrence w/permission 12/19/22*
David A. Lawrence P48630
Prerana R. Bacon P69680
Attorney for Plaintiff


/s/ *David J. Masson*
DAVID J. MASSON P37094
Attorney for Defendant